**No. 66713.**—Childrens Hose, Inc. v. United States, protest 60/17699 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon leotards similar in use to silk underwear and following the principles set forth in United States v. Steinberg Bros. (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.